```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

      **v.**        **Criminal No. 06-50021-001**

**JANA McCLARY**                                                          **DEFENDANT**

### O R D E R

Now on this 13th day of November, 2008, the captioned matter comes on for consideration, and the Court, being advised that no restitution payees have been identified in the time established by the Judgment in this case, hereby directs the Clerk of Court to return to defendant the sum of $100.00 paid by her as restitution, same to be mailed to defendant c/o the United States Probation Office for the Western District of Missouri, United States Courthouse, Suite 1300, 222 N. John Q. Hammons Parkway, Springfield, Missouri 65806.

**IT IS SO ORDERED.**

                                          **/s/Jimm Larry Hendren**
                                          **JIMM LARRY HENDREN**
                                          **UNITED STATES DISTRICT JUDGE**